```
1SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Khai Van Truong,<br><br>    Defendant | Case No. **2:11-cv-00131-MCE-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 27, 2011 FOR DEFENDANT KHAI VAN TRUONG TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Khai Van Truong, by and through their respective attorneys of record, Scott N. Johnson; Steven W. Strain, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Khai Van Truong is granted an extension until May 27, 2011 to respond or

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

otherwise plead reference to Plaintiff's complaint.

3. Defendant Khai Van Truongs' response will be due no later than May 27, 2011.

IT IS SO STIPULATED effective as of May 3, 2011

Dated: May 3, 2011           /s/Steven W. Strain_ ___
                             Steven W. Strain,
                             Attorney for Defendant
                             Khai Van Truong


Dated: May 3, 2011           /s/Scott N. Johnson ____
                             Scott N. Johnson,
                             Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendant Khai Van Truong shall have until May 27, 2011 to respond to complaint.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE